**Roger Azangue TSAFAH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–1600.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2006.

Decided: Jan. 31, 2006.

Patrick G. Tzeuton, Silver Spring, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Kristin K. Edison, Office of Immigration Litigation, Civil Division, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

**PER CURIAM:**

Roger Azangue Tsafah, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying a motion to reopen. We have reviewed the administrative record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reopen. *See INS v.*

*Doherty,* 502 U.S. 314, 323–24, 112 S.Ct. 719, 116 L.Ed.2d 823 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Tsafah,* No. A76–919–174 (B.I.A. May 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*